IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 MAY 24  PM 2:17

STEPHAN HARRIS, CLERK
CHEYENNE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 19-CR-92-S |
| v. | Ct 1: 18 U.S.C. §§ 922(j) and 924(a)(2)<br>(Possession of Stolen Firearm) |
| AUSTIN JAMES KELLY, | |
| Defendant. | Ct 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of a Firearm) |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about February 27, 2019, in the District of Wyoming, the Defendant, **AUSTIN JAMES KELLY**, did knowingly possess a stolen firearm, namely, a Remington pistol bearing serial number RP011729H, which had been shipped and transported in interstate commerce both before and after it was stolen, knowing and having reasonable cause to believe the firearm was stolen.

In violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

**COUNT TWO**

On or about February 27, 2019, in the District of Wyoming, the Defendant, **AUSTIN JAMES KELLY**, did knowingly possess a firearm after having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and which firearm had

previously travelled in and affected interstate commerce, namely, a Remington pistol bearing serial number RP011729H.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

_____
MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** AUSTIN JAMES KELLY

**DATE:** May 21, 2019

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

Ct: 1 **18 U.S.C. §§ 922(j) and 924(a)(2)**
(Possession of Stolen Firearm)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

Ct: 2 **18 U.S.C. §§ 922(g)(1) and 924(a)(2)**
(Felon in Possession of a Firearm)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**
0-20 Years Imprisonment
Up To $500,000 Fine
3 Years Supervised Release
$200 Special Assessment

**AGENT:** Jay Johnson, ATF

**AUSA:** Kerry J. Jacobson, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 3 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No