Kerry J. Jacobson
Assistant United States Attorney
District of Wyoming
Wyoming State Bar No. 6-2966
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Criminal No. 19-CR-92-S** |
| **AUSTIN JAMES KELLY,** | |
| Defendant. | |

## GOVERNMENT'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

The United States hereby gives notice, pursuant to Fed. R. Crim. P. 16(a)(1)(G), of its

intent to offer and introduce expert testimony of the witnesses set forth herein.

### PROPOSED EXPERT

***Jay Johnson, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives***

*Qualifications:*  Special Agent Johnson has been a special agent with the Bureau of

Alcohol, Tobacco, Firearms and Explosives since March 2000.  Special Agent Johnson has

extensive training and experience regarding the identification, origin, and classification of firearms

and ammunition under the provisions of the federal firearms laws, including but not limited to,

1

issues related to the interstate nexus of firearms and ammunition.  Special Agent Johnson's qualifications are more fully set forth in his statement of qualifications which is attached hereto.

*Summary of Testimony:*  Special Agent Johnson will essentially testify as to the identification, location of manufacture, and subsequent transportation of the weapon/firearm involved in the instant offense, including but not limited to the fact the weapon at issue in this case is a firearm, as that term is defined under applicable federal law (Title 18 and Title 26), that it was not manufactured in Wyoming, and was therefore transported in interstate commerce from another state into the State of Wyoming.

## CONCLUSION

Because the investigation in this criminal matter is ongoing and additional evidence may be discovered requiring additional expert witness testimony, the United States reserves the right to further supplement it's notice of expert witness testimony pursuant to the continuing duty to disclose pursuant to Fed. R. Crim. P. 16(a).

Respectfully submitted this 6th day of June 2019.

MARK A. KLAASSEN
United States Attorney

By:     /s/ *Kerry J. Jacobson*
KERRY J. JACOBSON
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of June 2019, I served a true and correct copy of the foregoing upon counsel via the Court's CM/ECF system.

/s/ *Kate Mumford*
For the United States Attorney's Office

## STATEMENT OF QUALIFICATIONS

Jay S. Johnson, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives
Lander, Wyoming

I, Jay S. Johnson, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and its predecessor, and have been so employed since March 2000. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined numerous firearms and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacture; function and design, and/or status as related to the National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

4. That I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding licensing application, firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATFs liaison with the firearms industry. In addition, I maintained a Curio and Relic federal firearm license for six years and as a result maintained an inventory of firearms collected.

5. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

> U.S. Air Force Office of Special Investigations Academy Headquarters, Bolling AFB, Washington, D.C.
> U.S. Air Force Office of Special Investigations, Protective Service Operations Anti-Terrorism Course, Bolling AFB, Washington D.C. and Winchester, Virginia

1

U.S. Air Force Pararescue Advanced Weapons Course, Nellis Air Force Base, Las Vegas, Nevada

U.S. Air Force Office of Special Investigations, War and Contingency Deployment Tactical Operations Course, Fort Dix, New Jersey

Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, Georgia

New Agent Training, ATF National Academy, Glynco, Georgia

Firearms Instructor Training Program, Federal Law Enforcement Training Center, Glynco, Georgia

Firearms Interstate Nexus Training, ATF Firearms Technology Branch, Martinsburg, West Virginia

Wyoming Army National Guard, Cheyenne, Wyoming

6.  During the training at the Firearms Interstate Nexus Training Course in Martinsburg, West Virginia, I personally examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 10,000 firearms.

7.  During field operations with the U.S. Air Force, I personally toured the U.S. Air Force Threat Museum (including foreign military firearms) located at Nellis Air Force Base in Las Vegas, Nevada. Additionally, I personally toured the Portuguese Judicial Police Training Academy and their firearms training facility near Lisbon, Portugal.

8.  During field operations with ATF, I personally toured the following firearms manufacturing plants:

    Freedom Arms, Freedom, Wyoming
    Ballard Arms, Cody, Wyoming
    Rock River Arms, Cleveland, Illinois
    E.D.M. Arms, Hurricane, Utah

9.  I also toured the Rock Island Armory, Rock Island, Illinois where I examined approximately 500 firearms on display and the Buffalo Bill Historical Museum in Cody, Wyoming where I examined approximately 500 firearms on display.

10. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

11. That for over 40 years I have had a personal interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition. I have also accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Guns and Ammo,* and *Shooting Times* in order to remain familiar with firearms and firearm trends.

12. That I am currently the ATF Firearms Instructor Coordinator for the Lander Satellite Office and am tasked with the supervision of all range activity and training to include the teaching of firearms safety, marksmanship and nomenclature to other special agents.

Jay S. Johnson
Special Agent

3