Kerry J. Jacobson
Assistant United States Attorney
District of Wyoming
Wyoming State Bar No. 6-2966
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **Criminal No. 19-CR-92-S** |
| **v.** | |
| **AUSTIN JAMES KELLY,** | |
| Defendant. | |

## MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS

The United States of America, by and through Assistant United States Attorney Kerry J. Jacobson, moves to continue the Hearing on the Defendant's Motion to Suppress in the above-captioned case from the present setting of July 11, 2019 to June 27, 2019, for the reason that a necessary witness in the hearing, Wyoming Highway Patrol Trooper Richard Scovel, had previously scheduled a family trip from July 8 to July 20, 2019. The undersigned spoke with counsel for the Defendant who does not object to hold the hearing on June 27, 2019 at 1:30 p.m.

Respectfully submitted this 19th day of June, 2019

MARK A. KLAASSEN
United States Attorney

By:   /s/ *Kerry J. Jacobson*
KERRY J. JACOBSON
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I served a true and correct copy of the foregoing upon counsel via the Court's CM/ECF system.


*/s/Kate F. Mumford*
For the United States Attorney's Office