# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:08 pm, 6/27/19

**Stephan Harris**
**Clerk of Court**

UNITED STATES OF AMERICA

vs.

AUSTIN JAMES KELLY

Defendant.

Case Number:   19-CR-92-SWS-1

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date June 27, 2019        Time    1:31 - 1:50 PM

☐ Arraignment    ☐ Change of Plea    Before the Honorable    Scott W. Skavdahl

Interpreter:                              Int. Phone:

| Crystal Toner | Jan Davis | Kristen Simmer | Matt Berg |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government: Kerry Jacobson

Defendant:   Tracy Hucke & Dylan Rosalez

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)    1           of an Indictment
☐ *Nolo Contendere*

### NOT GUILTY PLEA                               GUILTY PLEA

☐ Court accepts *Nolo Contendere* Plea       ☑ Court is satisfied there is factual basis for plea of guilty
☐ Court orders discovery per Rule 16 FRCrP   ☑ Defendant referred to probation for presentence investigation
☐ Court orders access to Grand Jury Transcripts   ☑ Defendant advised on consequences of a plea of guilty
☐ Motions to be filed in _____ days or       ☑ Plea agreement filed
on/before _____                         ☑ Sentencing set for   September 5, 2019   at   2019
☐ Trial date set for _____ at _____          in   Casper, Wyoming
in _____                                ☑ Plea conditionally accepted
☐ Speedy trial expires on _____         ☑ Count(s)  2    to be dismissed at time of sentencing
☑ Other   The defendant made an oral motion to withdraw his motion to suppress.  The Court dismissed the Motion to

suppress.
_____

|  |  |
|---|---|
| BOND IS | ☑ Defendant is detained |
|  | ☐ Set at _____ ☐ Cash or Surety ☐ Unsecured |
|  | ☐ Continued on the same terms and conditions |
|  | ☐ Continued on bond with the following conditions: |
|  | ☐ Released on bond with the following conditions: |

☐ 3rd party custody of _____  ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed  ☐ Travel restricted to _____
☐ Maintain current residence  ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol  ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing  ☐ Avoid all contact with _____
☐ Surrender passport to _____  ☐ Post property or sum of money _____
☐ Obey all laws.  Federal, State and Local  ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____